AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Nicholas John Fuller

)
)
) Case: 1:23-mj-00122
) Assigned To : Upadhyaya, Moxila A.
) Assign. Date : 6/9/2023
) Description: Complaint W/ Arrest Warrant
)
)

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) Nicholas John Fuller
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority,
18 U.S.C. § 1752(a)(2) - Disorderly Conduct in a Restricted Building or Grounds, and
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder.

Date: 06/09/2023

Moxila A. Upadhyaya
2023.06.09 12:24:26
-04'00'

Issuing officer's signature

City and state: Washington, D.C.

Moxila A. Upadhyaya, U.S. Magistrate Judge
Printed name and title

### Return

This warrant was received on (date) 6/12/23, and the person was arrested on (date) 6/14/23
at (city and state) Waseca, MN

Date: 6/14/23

Arresting officer's signature

Printed name and title